IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | |
|---|---|
| MARITIME PASTORAL TRAINING FOUNDATION, LTD<br><br>        Plaintiff<br><br>      v.<br><br>M/V P-520, *her engines, tackle, appurtenances, etc., in rem*<br><br>        Defendants | § § § § § § § § § § § § § § § § CIVIL NO.:<br><br>23-cv-31-RDB |

**VERIFIED COMPLAINT**

Plaintiff, Maritime Pastoral Training Foundation, Ltd. ("MPTF" or "Plaintiff"), by and through its attorneys, James W. Bartlett, III, Imran O. Shaukat, and Semmes, Bowen & Semmes, for its Verified Complaint *in rem* against the Motor Vessel "P-520", Official No. 252576 ("M/V P-520"), states as follows:

1.    This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1333.

3.    Upon information and belief, the M/V P-520 is believed to be at Port Covington Marina, 321 E. Cromwell Street, Baltimore, Maryland, 21230, and therefore is currently within the jurisdiction of this Honorable Court.

1

4. Plaintiff MPTF is an Internal Revenue Code 501(c)(3) non-profit charity located at 605 Woodland Drive, Paducah, Kentucky 42001.

5. The M/V P-520 is a 1944 85' wood-hulled Elco Wilbo U.S. Army Air Forces World War II Crash Rescue Boat. The Vessel is within the District of Maryland or is expected to be within the District while this action is pending.

6. The M/V P-520 is and was at all times pertinent to this claim owned by Louisville Naval Museum, Inc., 514 Creel Avenue, Louisville, Kentucky 40208.

7. In August 2020, Louisville Naval Museum, Inc. entered into an agreement for Plaintiff to fund the transportation of the Vessel from Long Beach, California to Louisville, Kentucky.

8. Louisville Naval Museum, Inc., with authority to procure necessaries pursuant to 46 U.S.C. § 31341, requested Plaintiff to provide necessaries to the Vessel in the form of payment of dockage charges, marine liability insurance, repairs to the Vessel's generator, and payment of sea freight for the transportation of the Vessel. These services constitute "necessaries" for purposes of the Commercial Instruments and Maritime Lien Act, 46 U.S.C. § 31301, *et seq*.

9. Pursuant to the authorization provided by Louisville Naval Museum, Inc., Plaintiff provided necessaries to the Vessel. An itemization of the necessaries provided by MPTF is attached hereto as Exhibit A.

10. MPTF possesses a maritime lien in the amount of $92,923.65, which amount has been recorded as a Notice of Claim of Lien with the United States Coast Guard. (See Exhibit B, General Index or Abstract of Title for the Vessel).

11. To date, MPTF has not received any payment for the necessaries it provided to the Vessel.

12. Plaintiff is therefore entitled to recover from the *in rem* Defendant the total sum of at least $92,923.64, plus pre-judgment interest, *custodian legis* expenses for the M/V P-250 while it is under arrest, and the costs of this proceeding which include, but are not limited to, the U.S. Marshal's fees and Court filing costs.

WHEREFORE, MPTF prays:

(a) That process *in rem* and a warrant of arrest issue in due form of law, in accordance with the practices of this Honorable Court in causes of admiralty and maritime jurisdiction, against the M/V P-250, her engines, tackle, apparel, *etc.*, with notice to all persons claiming an interest therein, to appear and answer this Verified Complaint;

(b) That Defendant be cited to appear and answer all and singular the matters aforesaid, that a judgment may be entered in favor of Plaintiff in the amount of $92,923.64, with interest and costs, and that a decree of condemnation may be issued against the M/V P-250 for the amount of Plaintiff's claims with interest and costs;

(c) That the M/V P-250, her engines, tackle, equipment, and other appurtenances, *etc.*, be condemned and sold to pay the judgment entered in favor of the Association; and

(d) That MPTF may be granted such other and further relief as the justice of this cause may require.

/s/ *Imran O. Shaukat*
James W. Bartlett, III (00017)
Imran O. Shaukat (30134)
25 South Charles Street, Suite 1400
Baltimore, Maryland 21201
Tel.:  (410) 539-5040
Fax:  (410) 539-5223
Email: jbartlett@semmes.com
       ishaukat@semmes.com

Attorneys for Plaintiff
Maritime Pastoral Training Foundation, Ltd.

## VERIFICATION

STATE OF LOUISIANA       )
                         )
PARISH OF ST. TAMMANY    )

Winston Rice, being duly sworn, deposes and says:

I am the former director and authorized agent of Maritime Pastoral Training Foundation, Ltd. (MPTF"). I have read the foregoing Verified Complaint and know the contents thereof, and the same are true to the best of my knowledge, information, and belief. The sources of my information are personal knowledge and records and the records of MPTF.

_____
WINSTON RICE

Subscribed and sworn to before me, this 3rd day of January, 2023.

_____
Notary Public

My Commission Expires: At Death

MICHAEL D. CONROY
NOTARY PUBLIC
NOTARY # 20122
PARISH OF ST. TAMMANY - STATE OF LOUISIANA
My Commission is Issued For Life

# STATEMENT OF ADVANCES FOR NECESSITIES

28 September 2020

TO:
Oil Screw P-520 (ON 252576)
c/o Louisville Naval Museum, Inc
514 Creel Avenue
Louisville, KY 40208

FROM:
MARITIME PASTORAL TRAINING FOUNDATION, LTD.
605 Woodland Drive
Paducah, KY 42001

| DATE | VESSEL | ACTIVITY | US$ |
|---|---|---|---|
| 8/14/2020 | P-520 | Prepaid Freight from Ensenada, MX to Palm Beach, FL | $86,450.00 |
| 8/31/2020 | P-520 | 15 Nights Lodging at Holiday Inns @ $135 | $2,025.00 |
| 8/31/2020 | P-520 | Fuel for Matt Benedykcinski Truck w/Supplies | $190.00 |
| 8/31/2020 | P-520 | Breakfasts for 5 Crew for 2 days | $32.96 |
| 9/1/2020 | P-520 | Marina, dock charges for two days - 85' boat | $919.52 |
| 9/2/2020 | P-520 | Cash Payments for MX TIP, Customs, Immigration, Etc. | $206.25 |
| 9/3/2020 | P-520 | Marine Liability Insurance Required to Enter Mexico | $151.86 |
| 9/3/2020 | P-520 | Meals for 7 days for 3 Crew | $344.28 |
| 9/4/2020 | P-520 | Marine Supplies to Repair PME & Generator Fuel Line | $287.85 |
| 9/5/2020 | P-520 | 3 Rooms at Hotel Coral @ $145/night x 4 | $1,505.16 |
| 9/5/2020 | P-520 | Transportation for 3 persons, Ensenada to US border | $180.00 |
| 9/5/2020 | P-520 | Extra Marina & Dock Charges due delayed arrival MV ST GEORG | $345.76 |
| 9/25/2020 | P-520 | Customs Fees for Re-Entry Palm Beach | $285.00 |
| TOTAL NECESSITIES ADVANCED | | US$ TOTAL | $92,923.64 |

Exhibit A

Customs Form 1339
TREASURY DEPARTMENT
S.17, S.23, S.34, S.38, C.R. 1943
L23, C. M. 1943
Oct. 1943

# GENERAL INDEX OR ABSTRACT OF TITLE

(4) _____

252,576 (3) NEPTUNE
(Official number)

O/S (2) COASTER
(Rig)

(1) BRIGAND
(Former home port) (Name of vessel)

Ex. P-520

This vessel was built at Wilmington, California in 1944 of Wood
by Wilmington Boat Works, Inc. for Army Transportation Corps.
as appears by certificate of Robert E. Carlson, principal carpenter, on file, dated February 10, 1947

| GRANTOR | GRANTEE | Kind of instrument and part conveyed | Date of instrument and date of maturity | Consideration or amount and discharge amount | Received for record | Recorded | Time of endorsement and entry or approval of home port | Port where endorsed |
|---|---|---|---|---|---|---|---|---|
| United States of America, represented by United States Maritime Commission | William H. Berg | Bill Sale / ALL | 4/1/47 | $10.00 | May 26, 1947 at 9:45 A.M. | Book B-1/8 at page 71 | May 21, 1947 | |
| William H. Berg | Cardinal Fishing Company (Calif. Corp.) | Bill Sale / ALL | 12-31-50 | $10.00 | January 17, 1951 at 2:40 P.M. | Book BS-5 at page 65 | Jan. 17, 1951 | |
| Cardinal Fishing Company | Mary Sue Hubbard | Bill Sale / All | 2-24-69 | $10.00 | 6-5-69 1:40 PM | BS-38 46 | 6-5-69 | |
| Mary Sue Hubbard | R. V. De Witt | Bill Sale / All | 8/31/70 | $10.00 | 9/21/70 12:30 PM | BS-40 101 | 9/21/70 | |

Exhibit B
Page 1 of 3

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1332A (Rev. 6-93) |  | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 1 |  |  | OFFICIAL NO. 252576 |
|---|---|---|---|---|---|
| INSTRUMENT BS | % CONVEYED 100 | DATE 7 29 97 | AMOUNT $1.00 | BOOK 97-40 | PAGE 207 |
| FILED PORT NVDC | | DATE 8 1 97 | TIME 3 35 PM | DATE TERMINATED - - - | |
| GRANTOR SALLY GRAVES DEWITT SUCCESSOR TO ESTATE OF R. V. DEWITT UNDER CALIFORNIA PROBATE CODE SECTION 13101. ||||||
| GRANTEE RICHARD E. LODERHOSE ||||||
| ****VESSEL NAME CHANGED TO: MUSIC MAN IV (8/13/97)**** ||||||
| INSTRUMENT DG | % CONVEYED 100 | DATE 6 11 98 | AMOUNT - | BOOK 98-60 | PAGE 371 |
| FILED PORT NVDC | | DATE 7 10 98 | TIME 9 40 AM | DATE TERMINATED - - - | |
| GRANTOR RICHARD E. LODERHOSE ||||||
| GRANTEE AAF/USAF CRASH RESCUE BOAT ASSOCIATION ||||||
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
| FILED PORT | | DATE | TIME | DATE TERMINATED | |
| GRANTOR ||||||
| GRANTEE ||||||
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
| FILED PORT | | DATE | TIME | DATE TERMINATED | |
| GRANTOR ||||||
| GRANTEE ||||||

☐ ISSUED AS AN ABSTRACT OF TITLE        ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE:          TIME:

PAGE:   OF    PORT:                                       _____
                                                          DOCUMENTATION OFFICER

PREVIOUS EDITION MAY BE USED

Exhibit B
Page 2 of 3

| DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG - 1332 | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 2 | Official No. 252576 |
|---|---|---|

**STATUS:** ON RECORD
Vessel Name Change to: P-520 (05/01/04)

| INSTRUMENT TYPE |||||
|---|---|---|---|---|
| **BILL OF SALE** |||||
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | JUNE 17, 2009 | $1.00 | 703595 | 10832137 |
| DATE FILED | TIME FILED || STATUS ||
| JULY 31, 2009 | 9:40 AM || RECORDED ||
| SELLER |||||
| AAF/USAF CRASH RESCUE BOAT ASSOCIATION |||||
| BUYER |||||
| WEST COAST CRBA |||||

| INSTRUMENT TYPE |||||
|---|---|---|---|---|
| **BILL OF SALE** |||||
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | AUGUST 29, 2020 | $10.00 | 80380000 | 5 |
| DATE FILED | TIME FILED || STATUS ||
| SEPTEMBER 01, 2020 | 1:45 PM || RECORDED ||
| SELLER |||||
| WEST COAST CRBA   A JOINT VENTURE/ASSOCIATION |||||
| BUYER |||||
| LOUISVILLE NAVAL MUSEUM INC   A KENTUCKY NON PROFIT CORPORATION |||||

| INSTRUMENT TYPE |||||
|---|---|---|---|---|
| **NOTICE OF CLAIM OF LIEN** |||||
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | OCTOBER 7, 2020 | $92,923.65 | 81771400 | 2 |
| DATE FILED | TIME FILED || STATUS ||
| OCTOBER 07, 2020 | 12:39 PM || RECORDED ||
| CLAIMANT |||||
| MARITIME PASTORAL TRAINING FOUNDATION LTD 605 WOODLAND DR PADUCAH KY 42001 |||||
| PER NOTICE OF CLAIM OF LIEN, LIEN ESTABLISHED ON AUGUST 14TH, 2020 |||||

ISSUED AS AN ABSTRACT OF TITLE AS OF

DATE: 10/03/2022      TIME: 6:30 AM

*Christian H. Wadlu*
DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

Exhibit B